# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILIP J. TRENCHAK,<br><br>        Plaintiff,<br><br>v.<br><br>STEPHEN ROSEN and ROSEN LAW OFFICES, P.C.,<br><br>        Defendants. | Case No. 2:17-cv-01985-APG-CWH<br><br>**ORDER REMANDING CASE TO STATE COURT** |

I previously ordered the defendants to show cause why this case should not be remanded to state court. ECF No. 4. The defendants did respond. As the party seeking to invoke this Court's jurisdiction, the defendants bear the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015). They have not met that burden.

IT IS THEREFORE ORDERED that the case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 10th day of August, 2017.

                                                    ANDREW P. GORDON
                                                    UNITED STATES DISTRICT JUDGE